IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYLVER L. BROOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-759-SLR |
| ) | |
| ANNA C. CULBREATH, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 6th day of December, 2007,

the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

United States District Judge